**Opinion issued July 1, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————————

## NO. 01-20-00605-CV

————————————————

**TYHAN CONSTRUCTION COMPANY, Appellant**

**V.**

**JULES SILVERS, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2017-22940**

---

### MEMORANDUM OPINION

The parties, representing that they have reached a settlement agreement, have filed an agreed motion to vacate the trial court's judgment and dismiss this appeal. No opinion has issued in this appeal. *See* TEX. R. APP. P. 42.1(c). Accordingly, we grant the parties' motion, set aside the trial court's judgment without regard to the

merits, and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(2)(A), 43.2(e); *see, e.g., Jester Venture Ltd. v. Nash*, No. 01-06-00512-CV, 2006 WL 2042358, at *1 (Tex. App.—Houston [1st Dist.] July 17, 2006, no pet.) (mem. op.) (vacating trial court's judgment and dismissing case on parties' agreed motion). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Landau and Countiss.